Allison N. Melton (CO Bar # 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Save the Scenic Santa Ritas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U. S. Army Corps of Engineers, <br><br> Defendants, <br><br> and <br><br> Rosemont Copper Company, <br><br> Defendant-Intervenor. | 4:19-cv-00177-TUC-JAS (Lead) <br> 4:19-cv-00205-TUC-JAS (C) <br><br> **Notice of Address Change** |

Pursuant to LRCiv 83.3(d), I hereby provide the following written notice of a change in my business mailing address. My new contact information is provided in my signature block below.

Respectfully submitted this 20th day of June, 2019.

/s/Allison N. Melton
Allison N. Melton (CO Bar #45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org

CERTIFICATE OF SERVICE

I, Allison N. Melton, hereby certify that on June 20, 2019, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties.

*/s/ Allison N. Melton*
Allison N. Melton