Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Save the Scenic Santa Ritas;<br>Center for Biological Diversity;<br>Arizona Mining Reform Coalition;<br>Sierra Club Grand Canyon Chapter;<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. Army Corps of Engineers;<br>D. Peter Helmlinger, Brigadier General, U.S. Army, in his official capacity;<br><br>        Defendants. | 4:19-cv-00177-TUC-JAS (Lead)<br>4:19-cv-00205-TUC-JAS (C)<br><br>**CENTER FOR BIOLOGICAL DIVERSITY'S NOTICE OF COMPLIANCE WITH ORDER (ECF NO. 10)** |

In accordance with the Court's Orders filed on March 29, 2019 (ECF No. 10), Plaintiff, Center for Biological Diversity ("Center") hereby certifies that on June 20, 2019, the Center sent to the Court by regular mail a true and correct copy of "Notice of Address Change" (ECF No. 54).

Respectfully submitted this 20th day of June, 2019.

/s/Allison N. Melton
Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of June, 2019, I filed the foregoing document electronically through CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/Allison N. Melton
Allison N. Melton

1