# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Save the Scenic Santa Ritas, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States Army Corps of Engineers, et al.,<br><br>Defendants. | No. CV-19-00177-TUC-JAS (L)<br>No. CV-19-00205-TUC-JAS (C)<br>**CONSOLIDATED**<br><br>**ORDER** |

In light of the Order vacating and remanding the Forest Service's FEIS and ROD as to the Rosemont Mine in CV 17-475-TUC-JAS (*Center for Biological Diversity, et al. v. United States Fish and Wildlife Service, et al.*) (consolidated with CV 17-576-TUC-JAS, CV 18-189-TUC-JAS), there are no exigent circumstances necessitating emergency injunctive relief; as such, all of Plaintiffs' motions seeking a preliminary injunction (Docs. 41, 44) are denied without prejudice.

Dated this 31st day of July, 2019.

Honorable James A. Soto
United States District Judge