1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Save the Scenic Santa Ritas, et al., | No. CV-19-00177-TUC-JAS |
| Plaintiffs, | No. CV-19-00205-TUC-JAS |
| | **CONSOLIDATED** |
| v. | **ORDER** |
| United States Army Corps of Engineers, et al., | |
| Defendants. | |

Pending before the Court are numerous motions filed by Plaintiffs on April 19 and 20 (*see* Docs. 104-114). Among those motions is a "motion for temporary restraining order" (Docs. 108, 109); the Court will not rule on the motion without giving Defendants an opportunity to respond and is construing the motion as a motion for a preliminary injunction.

The Court is in the process of reviewing the numerous filings in question and finds it prudent to hold a status conference with the parties to discuss the recent filings in this case. The Court notes, however, that is currently in the midst of a jury trial that spans this entire week and does not have an opening on its calendar until Friday morning.

Accordingly, IT IS HEREBY ORDERED as follows:

(1) The Court shall hold a status conference with the parties on Friday, April 22, 2022 at 8:30 a.m. (M.S.T.) in Courtroom 6B at the Evo A. DeConcini U.S. Courthouse at 405 West Congress Street, Tucson, AZ 85701, to discuss the recent filings (Docs. 104-114).

(2) Although the parties are welcome to appear in-person for the status conference, the Court presumes that the parties will appear telephonically in light of the truncated notice in this case.  As such, to facilitate any necessary telephonic appearances, Plaintiffs shall coordinate with Defendants, and Plaintiffs shall arrange a conference call with everyone on the line to call into Court; Plaintiffs shall call in with everyone on the line to 866-390-1828 (the access code is 2989170).  In the event the parties encounter technical difficulties, the parties may call the Court's Courtroom Deputy (520-205-4682) or Chambers' main line (520-205-4510).

Dated this 20th day of April, 2022.

Honorable James A. Soto
United States District Judge