1  LESLIE M. HILL (D.C. Bar No. 476008)
   Trial Attorney
2  U.S. Department of Justice
3  Environmental Defense Section
   4 Constitution Square
4  150 M Street, NE, Suite 4.149
5  Washington, D.C. 20002
   Telephone (202) 514-0375
6  leslie.hill@usdoj.gov

7
   ANDREW A. SMITH (NM Bar 8341)
8  Senior Trial Attorney
   Natural Resources Section
9  c/o United States Attorney's Office
10 201 Third Street, N.W., Suite 900
   P.O. Box 607
11 Albuquerque, New Mexico 87103
   Telephone: (505) 224-1468
12 andrew.smith@usdoj.gov

13
   CHRISTOPHER C. HAIR (PA Bar 306656)
14 Trial Attorney
   Natural Resources Section
15 4 Constitution Square
16 150 M Street, NE, Suite 3.1004
   Washington, D.C. 20002
17 christopher.hair@usdoj.gov
18 Telephone (202) 305-0420
   christopher.hair@usdoj.gov
19
   *Attorneys for Federal Defendants*
20

21
22  **UNITED STATES DISTRICT COURT**
    **DISTRICT OF ARIZONA**

| | |
|---|---|
| 23  Save the Scenic Santa Ritas, *et al.*, | No. 4:19-cv-0177-TUC-JAS (Lead) No. 4:19-cv-0205-TUC-JAS (C) |
| 24 | |
| 25         Plaintiffs, | **FEDERAL DEFENDANTS' NOTICE OF OPPOSITION TO PLAINTIFFS' NEWLY FILED MOTIONS** |
| 26      v. | |
| 27  U.S. Army Corps of Engineers, *et al.*, | |
| 28         Federal Defendants, | |

and

Rosemont Copper Company,

        Intervenor-Defendant.

Federal Defendants, the U.S. Army Corps of Engineers, *et al.*, hereby notify the Court that Federal Defendants intend to file oppositions to the four motions filed by Plaintiffs on April 19 and 20, 2022. While Plaintiffs' filings recite that Federal Defendants were unable to take positions on Plaintiffs' motions until they had had an opportunity to review them, Federal Defendants have now had a chance to conduct an initial review of the motions and attendant filings and believe that the motions are without merit and should be denied. Therefore, with all due diligence, Federal Defendants intend to file oppositions to Plaintiffs' April 19, 2022 "Joint Emergency Motion to Lift the Stay," ECF No. 104; the Tribes' April 19, 2022 "Motion to Supplement Complaint," ECF No. 106; the Tribes' April 19, 2022 "Motion for Temporary Restraining Order," ECF No. 108; and SSSR's April 20, 2022 "Motion to File a Supplemental Complaint," ECF No. 111. Due to the volume of the materials filed and the novelty of Plaintiffs' legal positions, and because Plaintiffs did not notify the Department of Justice of their intent to seek to reopen these consolidated cases and file multiple motions until after hours on April 18, 2022, Federal Defendants do not have a certain estimate for the time they will need to research and respond to Plaintiffs' materials, but intend to do so as expeditiously as possible.

Respectfully submitted this 21st day of April, 2022,

        LESLIE M. HILL (D.C. Bar No. 476008)
        Trial Attorney
        U.S. Department of Justice
        Environmental Defense Section
        4 Constitution Square
        150 M Street, NE, Suite 4.149
        Washington, D.C. 20002
        Telephone (202) 514-0375
        leslie.hill@usdoj.gov

| | |
|---|---|
| 1 | |
| 2 | ANDREW A. SMITH (NM Bar 8341) |
| | Senior Trial Attorney |
| 3 | Natural Resources Section |
| | c/o United States Attorney's Office |
| 4 | 201 Third Street, N.W., Suite 900 |
| | P.O. Box 607 |
| 5 | Albuquerque, New Mexico 87103 |
| | Telephone: (505) 224-1468 |
| 6 | andrew.smith@usdoj.gov |

      /s/ *Christopher C. Hair*      .
CHRISTOPHER C. HAIR (PA Bar 306656)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 3.1004
Washington, D.C. 20002
Telephone (202) 305-0420
christopher.hair@usdoj.gov

*Counsel for Federal Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of April, 2022, I filed the foregoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Christopher C. Hair*
Christopher C. Hair
U.S. Department of Justice