DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. District Judge:** James A. Soto | **Date:** April 22, 2022 |
| **Case Number:** CV-19-177-TUC-JAS | |
| CV-19-205-TUC-JAS | |
| (Consolidated) | |

**Save the Scenic Santa Ritas et al v. United States Army Corps of Engineers et al**

| APPEARANCES: | **Conservation Groups** | **Federal Defendants** |
|---|---|---|
| | Stuart Gillespie | Christopher Hair |
| | Caitlin Miller | Andrew Allen Smith |
| | | Martha Mann |
| | **Plaintiff Counsel** | **Defendant Rosemont** |
| | Roger Flynn | Norman James |
| | | George Krauja |
| | | Matt Bingham |

**Status Hearing:**

Matter set on calendar today to hear arguments regarding Motions filed by the Plaintiff.

The Court hears from Stuart Gillespie, Roger Flynn, Andrew Smith, and Norman James.

Parties are directed to meet/confer and submit a proposed briefing schedule for the Court. If parties are unable to reach a proposed schedule, parties shall file their respective positions no later than Monday 4/25/2022.

Status: 27 minutes

Deputy Clerk: Tiffany Dame                                         Start: 8:30am
Court Reporter: Cindy Shearman                               Stop: 8:57am