# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Save the Scenic Santa Ritas, et al., | No. CV-19-00177-TUC-JAS |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Army Corps of Engineers, et al., | |
| Defendants. | |

The Court is in receipt of Plaintiff's Joint Emergency Motion To Lift The Stay (Doc. 104), Motion To Supplement Complaint (Doc. 106), Conservation Group Plaintiffs' Motion To File A Supplemental Complaint (Doc. 111), and Tribe's Motion for Temporary Restraining Order (Doc. 108). The Court has also reviewed the proposed briefing schedules submitted by Plaintiffs (Doc. 121) and Defendants (Doc 122). Because Plaintiffs have requested expedited consideration of these motions, the Court will set an accelerated briefing schedule. Accordingly,

**IT IS ORDERED** that Defendants shall file their response to the Motions (Docs. 104, 106, 108, 111) no later than **Friday, April 29, 2022**. Plaintiffs shall file their reply no later than **Tuesday, May 3, 2022**.

Dated this 25th day of April, 2022.

Honorable James A. Soto
United States District Judge