FENNEMORE CRAIG, P.C.
Norman D. James (No. 006901)
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-2394
Telephone: (602) 916-5000
Email: njames@fennemorelaw.com

George O. Krauja (No. 010964)
One South Church Avenue, Suite 1010
Tucson, Arizona 85701-1627
Telephone: (520) 879-6800
Email: gkrauja@fennemorelaw.com

Mick Rusing (No. 006617)
RUSING LOPEZ & LIZARDI, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Email: mrusing@rllaz.com

Attorneys for Rosemont Copper Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Save the Scenic Santa Ritas, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Army Corps of Engineers, *et al.*,<br><br>Defendants,<br><br>and<br><br>Rosemont Copper Company,<br><br>Intervenor-Defendant. | No. 4:19-cv-00177-TUC-JAS (Lead)<br>No. 4:19-cv-00205-TUC-JAS (C)<br><br>**ROSEMONT COPPER COMPANY'S NOTICE OF COMPLIANCE WITH ORDER, ECF NO. 10** |

In accordance with the Court's Order filed on March 29, 2019 (ECF No. 10), Intervenor-Defendant, Rosemont Copper Company ("Rosemont"), hereby certifies the following:

1. On Friday, April 29, 2022, Rosemont emailed to the Court a copy of Rosemont's Proposed Orders regarding Rosemont's Joint Response to Plaintiffs' Motion to Lift Stay (ECF No. 128) and Rosemont's Response to Tribes' Motion for Temporary Restraining Order and Tribes' Memorandum in Support of Motion for Temporary Restraining Order (ECF No. 129) ("Rosemont's Responses") in Word format; and

2. On Monday, May 2, 2022, Rosemont sent to the Court by Federal Express a true copies of Rosemont's Responses, together with highlighted paper copies of the authorities cited.

RESPECTFULLY SUBMITTED this 2nd day of May, 2022.

FENNEMORE CRAIG, P.C.

*s/ Norman D. James*
Norman D. James
George O. Krauja

Mick Rusing
RUSING LOPEZ & LIZARDI, P.L.L.C.

Attorneys for Rosemont Copper Company

21195069.1