Heidi J. McIntosh (CO Bar No. 48230) *(admitted pro hac vice)*
Stuart C. Gillespie (CO Bar No. 42861) *(admitted pro hac vice)*
Caitlin Miller (CO Bar No. 50600) *(admitted pro hac vice)*
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
hmcintosh@earthjustice.org
sgillespie@earthjustice.org
cmiller@earthjustice.org
Phone: (303) 623-9466
Fax: (720) 550-5757

*Attorneys for Plaintiffs Tohono O'odham Nation; Pascua Yaqui Tribe; and Hopi Tribe*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Save the Scenic Santa Ritas, *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>United States Army Corps of Engineers, *et al.*,<br>　　　　　Defendants,<br>　and<br>Rosemont Copper Company,<br>　　　　　Defendant-Intervenors.<br><br><br>Tohono O'odham Nation, *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>United States Army Corps of Engineers,<br>　and<br>Peter Helmlinger<br>　　　　　Defendants. | No. 4:19-cv-00177-TUC-JAS [Lead])<br>No. 4:19-cv-00205-TUC-JAS (C)<br><br>Chief Judge: James A. Soto<br><br><br><br>**TRIBES' NOTICE OF COMPLIANCE WITH ORDER ECF NO. 10** |

In accordance with the Court's Order filed on March 29, 2019 (ECF No. 10), Plaintiffs Tohono O'odham Nation, Pascua Yaqui Tribe, and Hopi Tribe (collectively, "the Tribes") hereby certify that on Tuesday, May 3, 2022, the Tribes emailed to the Court a copy of the Tribes' Consolidated Reply in Support of Motion for Preliminary Injunction (ECF No. 148) in word format; and on Wednesday, May 4, 2022, the Tribes sent via Federal Express true copies of their Reply in Support of Joint Emergency Motion to Lift the Stay (ECF No. 146), Tribes' Reply in Support of Motion to Supplement Complaint (ECF No. 147), Tribes' Consolidated Reply in Support of Motion for Preliminary Injunction (ECF No. 148), Exhibit Index (ECF No. 148.1), Exhibits 1 through 4 (ECF Nos. 148.2 – 148.5); and a binder of all authorities cited within the filings.

Respectfully submitted, this 4th day of May, 2022,

/s/ Stuart C. Gillespie
Stuart C. Gillespie (CO Bar No. 42861)
*(admitted pro hac vice)*
Heidi McIntosh (CO Bar No. 48230)
*(admitted pro hac vice)*
Caitlin Miller (CO Bar No. 50600)
*(admitted pro hac vice)*
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
(303) 623-9466
hmcintosh@earthjustice.org
sgillespie@earthjustice.org
cmiller@earthjustice.org

*Attorneys for Plaintiffs Tohono O'odham Nation; Pascua Yaqui Tribe; and Hopi Tribe*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2022, I electronically transmitted the foregoing **TRIBES' NOTICE OF COMPLIANCE WITH ORDER ECF NO. 10** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

<u>/s/ *Stuart C. Gillespie*</u>